■ FREDERICK KERN et al., as Trustees, Appellants, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Order denying plaintiffs' motion to abridge the record on appeal so as to include only the court's charge to the jury and the opinion setting aside the verdict is unanimously affirmed, with $20 costs and disbursements to the respondent. (Cf. *Moran* v. *Rainbow Appliance Corp.*, 225 App. Div. 587.) Of course, plaintiffs may still apply to this court for permission to file a typewritten record upon an adequate showing of the necessity therefor. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ CAPRICE IMPORTS, INC., Appellant, v. SOC. ACC. SEMPLICE CALZATURIFICIO VIBELSPORT DI VIBELLI & C. et al., Respondents.— Order granting motion to vacate attachment unanimously reversed on the law, with $20 costs and disbursements to appellant, and the motion denied. The record does not establish the claim of deceit or trickery in connection with either the coming into the State of the merchandise or the creation of the proceeds therefrom. (See *Condon Wrapping Mach. Co.* v. *Dearborn*, 181 App. Div. 311, which stated the rule relied upon, and which held that the mere intention to attach in the future, in the absence of deceit or trickery, was insufficient to warrant the vacatur of the attachment; *Siro* v. *American Express Co.*, 99 Conn. 95; 37 A. L. R. 1255, annotations.) With regard to the entrance of the merchandise into the State, the record shows that prior to each of the several assignments of proceeds the merchandise had either arrived or was already, presumably, en route. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ HANS J. FREUND et al., Appellants, v. ROBERT FREUND, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The complaint does not set forth a plain and concise statement of material facts as required by section 241 of the Civil Practice Act. The time for plaintiffs to serve an amended complaint is extended until 20 days after serving of a copy of the order to be entered herein, with notice of entry. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.